Decided July 13, 2004

### CLIFTON CHANNER *v.* COMMISSIONER OF CORRECTION

The petitioner Clifton Channer's petition for certification for appeal from the Appellate Court is dismissed.

*Clifton Channer*, pro se, in support of the petition.

Decided July 13, 2004

### STATE OF CONNECTICUT *v.* LUIS ORTIZ

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.